ACCEPTED
03-15-00445-CR
6898976
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 12:00:00 AM
JEFFREY D. KYLE
CLERK

**No. 03-15-000445-CR**

In the
**COURT OF APPEALS**
For the
**THIRD SUPREME JUDICIAL DISTRICT**
at Austin

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/14/2015 12:00:00 AM
JEFFREY D. KYLE
Clerk

On Appeal from the 426th Judicial District Court of
Bell County, Texas
Cause Number 73,714

**RONICESHA CHERRON WEARREN, Appellant**
*v.*
**THE STATE OF TEXAS, Appellee**

**APPELLANT'S MOTION FOR EXTENSION OF TIME**

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

COMES NOW, Ronicesha Cherron Wearren, Appellant herein, by and through her attorney of record, Kristen Jernigan, and files this, her Motion for Extension of Time. In support of said motion, Appellant would show the Court the following:

1.      Appellant's brief is due in this case on September 17, 2015.

2.      Appellant seeks an extension of sixty days in which to file her brief, making her brief due on or before November 16, 2015.

3.      In the past thirty days, the undersigned has filed a brief in the First Court of Appeals in Cause Number 01-14-01023-CR, *The State of Texas v Sean*

*Michael McGuire*. The undersigned has appeared in hearings in the Capital Murder case of *The State of Texas v. Cornelius Milan Harper*, No. 01-14-00641-CR, in the 434th District Court of Fort Bend County, Texas. The undersigned has made numerous other court appearances and has undertaken the tasks associated with the management of a solo attorney practice. Finally, the undersigned is counsel of record in Cause Number 15,605, *The State of Texas v. Daniel Willis*, a murder case preferentially set for trial on September 14, 2015. The trial is expected to last two weeks.

4. The undersigned has not filed any previous motions for extension of time in this case.

5. For the reasons set forth above, Appellant respectfully requests that she be granted an extension of sixty days so that her brief in this case will now be due on November 16, 2015.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Appellant respectfully

requests that this Court grant her Motion for Extension of Time.

Respectfully submitted,


_____/s/__Kristen Jernigan_____
KRISTEN JERNIGAN
State Bar Number 90001898
207 S. Austin Ave.
Georgetown, Texas 78626
(512) 904-0123
(512) 452-1382 (fax)
Kristen@txcrimapp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Appellant's Motion for Extension of Time has been mailed to the Bell County District Attorneys' Office, 1201 Huey Road, Belton, Texas 76513, on September 12, 2015.


__/s/ Kristen Jernigan_____
Kristen Jernigan